◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD FREDERICKS, Appellant. [887 NYS2d 925]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Dowling, J.), imposed May 22, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Santucci, Balkin and Chambers, JJ., concur.